# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERYL MUELLER, MARSHALL WALTERS, and NEW CONCEPT STAINING, LLC,** | : CIVIL ACTION NO. 1:22-CV-1576 <br> : <br> : (Judge Conner) |
| **Plaintiffs** | : |
| v. | : |
| **MICHAEL CARROLL**, in his official capacity as Pennsylvania Secretary of Transportation, and **PETE BUTTIGIEG**, in his official capacity as U.S. Secretary of Transportation, | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 7th day of September, 2023, upon consideration of defendants' motions (Docs. 28, 29) to dismiss plaintiffs' amended complaint (Doc. 26) pursuant to Federal Rule of Civil Procedure 12(b)(1) for want of subject matter jurisdiction and Rule 12(b)(6) for failing to state a claim, and the parties' respective briefs in support thereof and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that defendants motions (Doc. 28, 29) to dismiss are GRANTED and plaintiffs' amended complaint (Doc. 26) is DISMISSED for lack of subject matter jurisdiction.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania